## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-01685

ROBERT WORTHAM, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

OPTIMAL ENERGY RESOURCES, INC.,

    Defendant.

## [PROPOSED] ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

    This Court has reviewed Defendant's Second Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint, and because good cause exists for the granting of such motion hereby:

    ORDERS that Defendant's Second Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint until September 22, 2021 is GRANTED.

Dated: _____, 2021    BY THE COURT:

    _____