# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| ROBERT WORTHAM<br><br>v.<br><br>OPTIMAL ENERGY RESOURCES, INC. | Case No. 1:2021cv01685<br><br>Jury Trial Demanded |

## RULE 41 NOTICE OF DISMISSAL WITH PREJUDICE

Robert Wortham dismisses this case with prejudice pursuant to Rule 41(a)(1)(A)(i). Optimal Energy has neither answered nor filed a motion for summary judgment, so this notice is effective upon filing. *Id.*

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: ***/s/ Rex Burch***
    Richard J. (Rex) Burch
    State Bar No. 24001807
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
(713) 877-8788 – Telephone
(713) 877-8065 – Facsimile
rburch@brucknerburch.com
Attorney-for-Plaintiff